**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01342-LTB-CBS

TERRY PACKARD,

       Plaintiff,

v.

SEARS, ROEBUCK AND CO., and
SEARS LOGISTICS SERVICES, INC.,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants' Unopposed Motion to Vacate and Reset Scheduling Conference (Doc 12 - filed August 14, 2012) is **GRANTED**. This will confirm that the Rule 16 Scheduling Conference set **September 18, 2012 is VACATED and RESET for Tuesday, October 9, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated:   August 16, 2012
_____