**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-01342-LTB-CBS

TERRY PACKARD,

        Plaintiff,

v.

SEARS, ROEBUCK AND CO., and
SEARS LOGISTICS SERVICES, INC.,

        Defendants.
_____

**ORDER**
_____

        THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 25 - filed January 3, 2013), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:   January 4, 2013